IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc., et al. | ) Civil Action No. 06-610 (SLR) |
| | ) |
| | ) |
| | ) Bankruptcy Case No. 03-10945 (MFW) |
| | ) |
| | ) |
| | ) |
| | ) |

Hearing: **November 28, 2006 at 10:00 a.m. ET**

**NOTICE OF STATUS CONFERENCE**
**SCHEDULED FOR NOVEMBER 28, 2006 AT 10:00 A.M. EASTERN TIME**

PLEASE TAKE NOTICE that pursuant to the Court Order attached hereto as Exhibit A, the objections to the claims listed on the attached Exhibit B are scheduled for a Status Conference before The Honorable Sue L. Robinson Chief Judge, United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Courtroom 6B, Wilmington, DE 19801 on **November 28, 2006 at 10:30 a.m. prevailing Eastern Time:**

Dated: November 9, 2006

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

/s/ Scotta McFarland
_____
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705 (Courier No. 19801)
Telephone: (302) 652-4100
Facsimile: (312) 652-4400

and

KIRKLAND & ELLIS LLP
Richard L. Wynne (CA Bar No. 120349)
Erin N. Brady (CA Bar No. 215038)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Civ. No. 06-610-SLR |
| | ) | |

**ORDER WITHDRAWING THE REFERENCE FROM THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Upon consideration the PCT's motion to for an order withdrawing the reference from the United States Bankruptcy Court for the District Court for the District of Delaware with respect to the PCT's objection to the personal injury claims; and it appearing that the relief requested herein is in the best interests of the PCT, the PCT, and its creditors; and notice of the PCT's motion having been provided to (i) the United States Trustee; (ii) the claimants subject to the PCT's objection; and (iii) all parties that have requested special notice pursuant to the Court's October 20, 2004 order limiting service; and it appearing that no other or further notice need be given; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.  The Motion is granted.

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

DOCS_LA.155924.1

2. The District Court for the District of Delaware hereby withdraws the reference with respect to *PCT's Sixty-First Omnibus Objection to Claims* currently pending in case number 03-10945(MFW).

3. The District Court shall hold a status conference on this matter on __11/28/06__ at _10:00 am_ The PCT shall give the claimants written notice of the time and place of this status conference on or before __11/10/06__.

Dated: __11/6/06__

_____
United States District Court Judge

# EXHIBIT B

## List of Claimants Subject to This Objection

| Claimant | Claim Number | Responded to PCT's Meet-And-Confer Letter |
|---|---|---|
| Bernadette Caffalio | 14927 | Yes |
| Cynthia Chamberlain | 9480 | No |
| Craig Engblom | 7012 | Yes |
| Melissa Fulgum | 15173 | Yes |
| Rene Jackson | 18478 | Yes |
| Leon Labate | 7506 | Yes |
| Isabel Nunez | 11898 | Yes |
| Gary Olson | 10101 | Yes |
| Adalberto Pastor | 13993 | No |
| Eloisa Perez | 13299 | No |