IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Civil Action No. 06-610 (SLR) |
| Fleming Companies, Inc., et al. | ) |
| | ) Bankruptcy Case No. 03-10945 (MFW) |
| | ) |
| | ) Relates to Docket No. 4 |

AFFIDAVIT OF SERVICE RE:

NOTICE OF STATUS CONFERENCE
SCHEDULED FOR NOVEMBER 28, 2006 AT 10:00 A.M. EASTERN TIME

I, Yvette Knopp, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 1330 East Franklin Avenue, El Segundo, California 90245.

2. On November 9, 2006, at the direction of Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP, Co-Counsel for the Post Confirmation Trust, I caused the above referenced document attached hereto as Exhibit 1 to be served on the Affected Parties listed in Exhibit 2.

///

     3.    All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 16, 2006
El Segundo, California

*Yvette Knopp*

State of California    )
                           ) ss
County of Los Angeles  )

Personally appeared before me on November 16, 2006, Yvette Knopp, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

*James H. Myers*

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc.,et al. | ) Civil Action No. 06-610 (SLR) |
| | ) |
| | ) |
| | ) Bankruptcy Case No. 03-10945 (MFW) |
| | ) |
| | ) |
| | ) |
| | ) |

Hearing: **November 28, 2006 at 10:00 a.m. ET**

**NOTICE OF STATUS CONFERENCE
SCHEDULED FOR NOVEMBER 28, 2006 AT 10:00 A.M. EASTERN TIME**

PLEASE TAKE NOTICE that pursuant to the Court Order attached hereto as Exhibit A, the objections to the claims listed on the attached Exhibit B are scheduled for a Status Conference before The Honorable Sue L. Robinson Chief Judge, United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Courtroom 6B, Wilmington, DE 19801 on **November 28, 2006 at 10:30 a.m. prevailing Eastern Time:**

Dated: November 9, 2006

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ Scotta McFarland*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705 (Courier No. 19801)
Telephone: (302) 652-4100
Facsimile: (312) 652-4400

and

C:\DOCUMENTS AND SETTINGS\SEM\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK5\NOTC 610.DOC

KIRKLAND & ELLIS LLP
Richard L. Wynne (CA Bar No. 120349)
Erin N. Brady (CA Bar No. 215038)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Civ. No. 06-610-SLR |
| | ) | |

**ORDER WITHDRAWING THE REFERENCE FROM THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Upon consideration the PCT's motion to for an order withdrawing the reference from the United States Bankruptcy Court for the District Court for the District of Delaware with respect to the PCT's objection to the personal injury claims; and it appearing that the relief requested herein is in the best interests of the PCT, the PCT, and its creditors; and notice of the PCT's motion having been provided to (i) the United States Trustee; (ii) the claimants subject to the PCT's objection; and (iii) all parties that have requested special notice pursuant to the Court's October 20, 2004 order limiting service; and it appearing that no other or further notice need be given; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

DOCS_LA:151924.1

2.  The District Court for the District of Delaware hereby withdraws the reference with respect to *PCT's Sixty-First Omnibus Objection to Claims* currently pending in case number 03-10945(MFW).

3.  The District Court shall hold a status conference on this matter on __11/28/06__ at __10:10 am__ The PCT shall give the claimants written notice of the time and place of this status conference on or before __11/16/06__.

Dated: __11/6/06__

_____
United States District Court Judge

# EXHIBIT B

## List of Claimants Subject to This Objection

| Claimant | Claim Number | Responded to PCT's Meet-And-Confer Letter |
|---|---|---|
| Bernadette Caffalio | 14927 | Yes |
| Cynthia Chamberlain | 9480 | No |
| Craig Engblom | 7012 | Yes |
| Melissa Fulgum | 15173 | Yes |
| Rene Jackson | 18478 | Yes |
| Leon Labate | 7506 | Yes |
| Isabel Nunez | 11898 | Yes |
| Gary Olson | 10101 | Yes |
| Adalberto Pastor | 13993 | No |
| Eloisa Perez | 13299 | No |

**EXHIBIT 2**

## for Fleming

Total number of parties: 11

### Exhibit 2 - Fleming Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22077 | CEFFALIO, BERNADETTE, FAKLIS & TALLIS, BRIAN C THOMAS, 221 NORTH LA SALLE ST, 28TH FL, CHICAGO, IL, 60601-1515 | US Mail (1st Class) |
| 22077 | CHAMBERLAIN, CYNTHIA, C/O AASE & KIRSCHER PLLC, 180 5TH ST E STE 255, SAINT PAUL, MN, 55101-1764 | US Mail (1st Class) |
| 22077 | ENGBLOM, CRAIG, 2616 ANDREW ST, DULUTH, MN, 55811 | US Mail (1st Class) |
| 22077 | FULGUM, MELISSA, 1320 E WALNUT, DES PLAINES, IL, 60016 | US Mail (1st Class) |
| 22077 | JACKSON, RENEE J, 1905 PARKWOOD DR #311, SOUTH ST PAUL, MN, 55075-1354 | US Mail (1st Class) |
| 22077 | LABATE, LEON, 13 STANTON AVE, BORDENTOWN, NJ, 08505 | US Mail (1st Class) |
| 22077 | LABATE, LEON, HACK PIRO ODAY ET AL, WILLIAM J O`DAY, 30 COLUMBIA TPKE, PO BOX 941, FLORHAM PARK, NJ, 07932-0941 | US Mail (1st Class) |
| 22077 | NUNEZ, ISABEL, C/O NANCY UNDEM ATTY AT LAW, 1187 COAST VLG RD, STE 1 415, MONTECITO, CA, 93108 | US Mail (1st Class) |
| 22077 | OLSON, GARY, C/O ROBERT N CAMPBELL ESQ 95679, 1648 RIVERSIDE DR, CAMPBELL & CLARK, REDDING, CA, 96001 | US Mail (1st Class) |
| 22077 | PASTOR, ADALBERTO, 3543 SW 13TH TERRACE, MIAMI, FL, 33145 | US Mail (1st Class) |
| 22077 | SHANNAN DUGAN ESQ, 655 MONTGOMERY ST, STE 1200, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |

Subtotal for this group: 11