IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc., et al. | ) |
| | ) |
| PCT, | ) |
| | ) |
|        Plaintiff, | ) Civil Action No. 06-610 (SLR) |
| | ) |
| | ) Bankruptcy Case No. 03-10945 (MFW) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Erin Brady to represent Appellee, The Post Confirmation Trust in the above-captioned action.

Dated: November 21, 2006

                              /s/ Scotta McFarland
                              Scotta E. McFarland (Bar No. 4184)
                              Pachulski Stang Ziehl Young Jones & Weintraub LLP
                              919 North Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, DE 19899-8705 (Courier 19801)
                              Telephone: (302) 652-4100
                              Facsimile: (302) 652-4400

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____, 2006          _____
                                                  United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of the State of California, and am admitted to practice in the Central District of California, the Northern District of California and the Eastern District of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05.

Dated: November 21, 2006

                              /s/ Erin Brady
                              Erin Brady (Bar No. 215038)
                              Kirkland & Ellis LLP
                              777 South Figueroa Street
                              Los Angeles, California 90017

28587-001\DOCS_DE:122913.1