

WILMINGTON DE 197
29 NOV 2006 PM

06cv610 SLR

FILED
DEC 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RG
scanned

Office of the Clerk
United States District Court
ng Street, Lockbox 18
Delaware 19801-3570

OFFICIAL BUSINESS

Renee J. Jackson
1905 Parkwood Drive, #311
South St. Paul, MN 55075-1354

NIXIE    551    1    00    12/05/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 19899001818    *1527-19768-29-38

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, et al., | ) | Case No. 03-10945(MFW) |
| | ) | |
| Debtors. | ) | Civ. No. 06-610-SLR |

O R D E R

At Wilmington this 28th day of November, 2006, having conducted a status conference this same date, notice of which was duly served on all interested parties (D.I. 4, 5); and none of the claimants having appeared at said hearing, nor have they otherwise attempted to prosecute their claims, despite multiple opportunities to do so;

IT IS ORDERED that the court shall conduct a hearing on **Tuesday, January 9, 2007 at 10:00 a.m.**, in courtroom 6B of the Federal Building, 844 King Street, Wilmington, Delaware, to determine if the claims referenced in the above referenced case should be disallowed for the claimants' failure to prosecute. If claimants fail to appear at the hearing or to contact counsel for the debtors prior to the hearing, their claims shall be disallowed without further notice or proceedings.

_____
United States District Judge

## Other Orders/Judgments
1:06-cv-00610-SLR In re: Fleming Companies, Inc., et al.

## U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 11/28/2006 at 4:59 PM EST and filed on 11/28/2006
**Case Name:** In re: Fleming Companies, Inc., et al.
**Case Number:** 1:06-cv-610
**Filer:**
**Document Number:** 7

**Docket Text:**
ORDER Setting Hearings:Oral Argument set for 1/9/2007 10:00 AM in Courtroom 6B before Honorable Sue L. Robinson to determine if the claims referenced should be disallowed for claimants' failure to prosecute.If claimants fail to appear at hearing or fail to contact cnsl. for debtors prior to hearing, their claims shall be disallowed w/o further notice or proceedings. Signed by Judge Sue L. Robinson on 11/28/06. (rld)


**1:06-cv-610 Notice has been electronically mailed to:**
James E. O'Neill, III joneill@pszyjw.com
Scotta E. McFarland smcfarland@pszyjw.com

**1:06-cv-610 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/28/2006] [FileNumber=307944-0
] [a1aca015cdff60ffe51aea3ef51c1e37d77afd8f6292fdd62a04201cb3ed43ff230
12940779af54cbeede19f13115610db85d2623028a9976da04909526343251]]