# HACK, PIRO, O'DAY, MERKLINGER, WALLACE & McKENNA

## COUNSELLORS AT LAW

Peter A. Piro*
M. Richard Merklinger
John M. McKenna
Patrick M. Sages*
Robert G. Alencewicz (NJ & PA Bar)
John T. West
Thomas M. Madden
John E. Burgio*
Rebecca K. Megna (NY Bar)
Michael J. Leegan
Gina Mendola Longarzo (NJ & NY Bar)
Nicole J. Masella
Erin Burke Cirelli (NJ & NY Bar)
Kathleen B. Riordan (NJ & NY Bar)

David L. Hack (Of Counsel)
William J. O'Day (Of Counsel)
Joseph V. Wallace (Of Counsel)
Jeffrey A. Berson (NY Bar) (Of Counsel)

30 COLUMBIA TURNPIKE
POST OFFICE BOX 941
FLORHAM PARK, NEW JERSEY 07932-0941
(973) 301-6500
FAX: (973) 301-0094

New York Office
600 Third Avenue, 15th Floor
New York, NY 10016-1909
(212) 692-0367

* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

Direct Dial No: 973-593-6938

December 20, 2006

Re:   In re: Fleming Companies, et al.
      Case No.  03-10945(MFW)
      Civ. No. 06-610-SLR
      Our File No.  24P-812.043696

Clerk's Office
United States District Court
District of Delaware
Lockbox #18
844 N. King Street
Wilmington, DE  19801



Dear Sir/Madam:

Please be advised we represent plaintiffs/claimants, Leon and Patricia Labate, in regards to the above captioned matter. As per my telephone conference with the Clerk's Office on December 20, 2006, enclosed please find an original, copy and disc containing the claimants' Notice of Objection to having their claim disallowed for lack of prosecution. The hearing is to be heard before the Honorable Sue L. Robinson on January 9, 2007. Kindly forward the attached to Her Honor for her consideration prior to the scheduled hearing.

We also attach an additional copy of our Notice of Objection and request the same be marked "filed" and returned to our office in the enclosed return envelope. By copy of this correspondence, we are advising our adversaries of our Notice of Objection. We attach a Certificate of Service, confirming the same.

December 20, 2006
Page 2

      Thank you for your full assistance and cooperation.

                                      Respectfully submitted,

                                      MICHAEL J. LEEGAN

MJL:ma
Enclosures

cc: Beauchamp M. Patterson, Esq.
    Scotta E. McFarland, Esq.