IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc., et al. | ) |
| _____ | ) |
| PCT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06-610 (SLR) |
| | ) |
| | ) |
| | ) |
| | Bankruptcy Case No. 03-10945 (MFW) |

### AFFIDAVIT OF SERVICE

Louise L. Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Plaintiff, in the above-captioned action, and that on the 18th day of December 2006 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

> **ORDER** [Setting Hearings:Oral Argument set for 1/9/2007 10:00 AM in Courtroom 6B before Honorable Sue L. Robinson to determine if the claims referenced should be disallowed for claimants' failure to prosecute.]

_/s/ Louise L. Tuschak_
Louise L. Tuschak

Sworn to and subscribed before
me this 4th day of January 2007

_/s/ Mary Corcoran_
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

28587-001\DOCS_DE:124022.1

*By United States Express Mail*

Renee Jackson
4895 Ashley Ln.; No. 315
Inver Grove Heights, MN  55077

28587-001\DOCS_DE:124022.1