### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| Fleming Companies, Inc., et al.,[1] ) | 06-cv-00610 SLR |
| ) | |
| Debtors. ) | |
| ) | Relates to Docket No. 1 |

### ORDER GRANTING THE PCT'S
### SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the PCT's *Sixty-First Omnibus Objection To Claims (Substantive)* seeking entry of an order disallowing certain claims; and no previous application having been made; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a non-core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and it appearing that venue of the proceeding and the *Sixty-First Omnibus Objection To Claims* is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the *Sixty-First Omnibus Objection To Claims* is sustained; and it is further

ORDERED that the PCT's objection to Claim No. 7506 filed by Leon Lebate is withdrawn, without prejudice; and it is further

ORDERED that the PCT's objection Claim No. 11898 filed by Isabel Nunez is withdrawn, with prejudice; and it is further

---

[1] The Debtors were: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

ORDERED that the PCT's objection to Claim No. 14927 filed by Bernadette Ceffalio is withdrawn, without prejudice; and it is further

ORDERED that the PCT's objection to Claim No. 15173 filed by Melissa Fulgum is withdrawn, without prejudice; and it is further

ORDERED that each of the claims listed on Exhibit A to this Order is disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

DATED: January 24, 2007

The Honorable Sue L. Robinson
United States District Court Judge

61st Omnibus

In re: Fleming Companies, In et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

## A
## Unsupported Personal Injury Claims

| Name and Address of Claimant | Claim Number | Claim Amount* Secured | Administrative | Priority | Unsecured | Total | Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| CHAMBERLAIN, CYNTHIA<br>C/O AASE & KIRSCHER PLLC<br>7300 HUDSON BLVD #290<br>OAKDALE, MN 55128 | 9480 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | See Franks Affidavit |
| Eloisa Perez<br>c/o SHANNAN DUGAN ESQ<br>655 MONTGOMERY ST STE 1200<br>SAN FRANCISCO, CA 94111 | 13299 | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 | See Franks Affidavit |
| ENGBLOM, CRAIG<br>2616 ANDREW ST<br>DULUTH, MN 55811 | 7012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See Franks Affidavit |
| JACKSON, RENE<br>4895 ASHLEY LN APT 315<br>INVER GROVE HEIGHTS, MN 55077 | 18478 | $0.00 | $0.00 | $0.00 | $18,343.80 | $18,343.80 | See Franks Affidavit |
| OLSON, GARY<br>C/O ROBERT N CAMPBELL ESQ 95679<br>1648 RIVERSIDE DR<br>CAMPBELL & CLARK<br>REDDING, CA 96001 | 10101 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | See Franks Affidavit |
| PASTOR, ADALBERTO<br>C/O BERNSTEIN & MARYANOFF<br>8821 SW 69TH CT<br>MIAMI, FL 33156 | 13993 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | See Franks Affidavit |
| Claims To Be Expunged Totals | 6 | $0.00 | $0.00 | $0.00 | $1,568,343.80 | $1,568,343.80 | |

*Unsupported Personal Injury Claims are as defined in the Debtors' Sixty-First Omnibus Objection to Claims (Substantive)

Page 1