IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Fleming Companies, Inc., et al.[1] | ) | Civil Action No. 06-610 (SLR) |
| | ) | |
| Debtors. | ) | |
| | | **Related Docket No. 14** |

### AFFIDAVIT OF SERVICE

Michele Santore, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 25th day of January 2007 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

1. **[Signed] Order Granting the PCT's Sixty-First Omnibus Objection to Claims (Substantive)**

_____
Michele Santore

Sworn to and subscribed before
me this 25th day of January 2007

_____
Notary Public
My Commission Expires: 03-21-08

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

---

[1] The Debtors were: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

28587-001\DOCS_DE:124565.1

Fleming Service List for Claimants for
61st Omnibus Objection to Claims
Case No. 03-10945
Document No. 123078
11 – First Class Mail

*First Class Mail*
Bernadette Ceffalio & Brian C. Thomas
221 North LaSalle Street, 28th Floor
Faklis & Tallis
Chicago, IL 60601-1515

*First Class Mail*
Cynthia Chamberlain
c/o Aase & Kirscher PLLC
180 5th Street E, Suite 255
Saint Paul, MN 55101-1764

*First Class Mail*
Craig Engblom
2616 Andrew Street
Duluth, MN 55811

*First Class Mail*
Melissa Fulgum
1320 E. Walnut Street
Des Plaines, IL 60016

*First Class Mail*
Renee J. Jackson
1905 Parkwood Drive, #311
South St. Paul, MN 55075-1354

*First Class Mail*
Leon Lebate
13 Stanton Avenue
Bordentown, NJ 08505

*First Class Mail*
Leon Labate, Hack Piro Oday et al.
William J. O'Day
P.O. Box 941
30 Columbia Tpke.
Florham Park, NJ 07932-0941

*First Class Mail*
Isabel Nunez
c/o Nancy Undem
Attorney at Law
1187 Coast Village Road, Suite 1415
Montecito, CA 93108

*First Class Mail*
Gary Olson
c/o Robert N. Campbell, Esquire
Campbell & Clark
1648 Riverside Drive
Redding, CA 96001

*First Class Mail*
Paston Adalberto
3543 SW 13th Terrace
Miami, FL 33145

*First Class Mail*
Shannan Dugan, Esquire
655 Montgomery Street, Suite 1200
San Francisco, CA 94111