IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Fleming Companies, Inc., et al.[1] | ) | Civil Action No. 06-610 (SLR) |
| | ) | |
| Debtors. | ) | |
| | | **Related to Docket No. 12** |

## AFFIDAVIT OF SERVICE

Michele Santore, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 25th day of January 2007 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

1.  **[Signed] Order Granting the PCT's Sixtieth Omnibus Objection to Claims (Substantive)**

*/s/ Michele Santore*
Michele Santore

Sworn to and subscribed before
me this 25th day of January 2007

*/s/ Vanessa A. Preston*
Notary Public
My Commission Expires: 03-21-08

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

---

[1] The Debtors were: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

28587-001\DOCS_DE:124565.2

Fleming Service List for Claimants for
60th Omnibus Objection to Claims
Case No. 03-10945
Document No. 123082
09 – First Class Mail

*First Class Mail*
Dixie Adams
Mark Intl. et al.
301 N. Lake Avenue, Suite 800
Pasadena, CA  91101-4108

*First Class Mail*
Norma Chappell, Albert T. Goms &
Kathryn R. Burke
301 Fourth Avenue S.
378 Grain Exchange Bldg.
Minneapolis, MN  55415

*First Class Mail*
Paul Higgins
2158 Blakely Road
E. Aurora, NY  14052

*First Class Mail*
James R. Lay, S. Wayne Fuller
413 First Avenue SW
Fuller & Willingham
Cullman, AL  35055

*First Class Mail*
Barbara McIntosh
4335 N. Harrison
Fresno, CA  93704

*First Class Mail*
Michael O'Brien
3717 Harney Street
Omaha, NE  68131

*First Class Mail*
Sherry Sloan, Joan Durkin Powell
669 Airport Freeway, Suite 405
Hurst, TX  76053

*First Class Mail*
Jack Ormes
The Law Office of Jack Ormes
301 N. Lake Avenue, Suite 800
Pasadena, CA  91101-4108

*First Class Mail*
William A. Wilks, Paul B. Wilkins
P.O. Box 1628
Columbia, LA  71418